FILED04 MAR '20 16:35USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00083-MO |
| v. | INDICTMENT |
| DEQUANDRE RAYMONE DAVIS, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about February 9, 2020, in the District of Oregon, defendant **DEQUANDRE RAYMONE DAVIS**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1)  Felon in Possession of a Firearm, in the United States District Court for the District of Oregon, Case No. 3:18-cr-00358-MO, on or about September 4, 2019;

(2)  Felon in Possession of a Firearm, in the United States District Court for the District of Oregon, Case No. 3:13-cr-00346-MO, on or about September 15, 2014; and

Indictment                                                                                                                    Page 1
                                                                                                                Revised April 2018

(3)     Robbery in the Second Degree – Firearm, in the Multnomah County Circuit Court of the State of Oregon, Case No. 07-06-33178, on or about December 3, 2007,

did knowingly and unlawfully possess the following firearm:

(1)     an H&K 9mm pistol, model VP9, bearing serial number 224-110194,

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, defendant **DEQUANDRE RAYMONE DAVIS** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation:

(1)     an H&K 9mm pistol, model VP9; and

(2)     the magazine and ammunition located within the above-described firearm.

Dated: March 3, 2020                                         A TRUE BILL.

███████████████████████

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Hannah Horsley*

HANNAH HORSLEY, CASB # 220436
Assistant United States Attorney